IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

U.S. BANK, N.A.,

        Plaintiff,                    No.CIV S-04-2458 DFL KJM PS

    vs.

GREG POPPIN, et al.,                <u>ORDER</u>

        Defendants.

                               /

        On May 13, 2005, defendant Poppin filed a request to stay this action. That document was not served by defendant on plaintiff or the other defendants who have appeared in this action. Defendant is advised that every document submitted to the court for consideration must be served on plaintiff and all other parties who have appeared in the action. Fed. R. Civ. P. 5. Documents not to be served electronically usually are served by placing a copy in the U.S. mail. If an attorney has filed a document with the court on behalf of any party, then documents submitted by defendant must be served on that attorney and not on the party. Every document submitted in hard copy format to the court (e.g., by a defendant proceeding pro se) must include a certificate stating the date an accurate copy of the document was mailed to a party or that party's attorney and the address to which it was mailed. <u>See</u> Local Rule 5-135(b) and (c).

/////

1

1  It also appears that the motion to stay was filed with no legitimate basis for the
2  request and, contrary to the boilerplate statement included in the motion, solely for the purpose of
3  harassing the plaintiff or delaying this action.  <u>Cf.</u> Motion to stay filed January 31, 2005 and
4  Response thereto filed February 3, 2005.  The motion is replete with improper references to the
5  status of defendant Poppin and illusory references to a requirement of administrative exhaustion.

6  Defendant Poppin is cautioned that failure to properly serve any documents
7  subsequently filed in this action, failure to include a proper certificate of service with such filing,
8  or further filing of frivolous pleadings, may result in sanctions, including a recommendation that
9  default be entered against defendant Poppin.

10  Accordingly, IT IS HEREBY ORDERED that defendant's motion to stay is
11  denied.

12  DATED:  May 17, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

6
usbank.35