IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

U.S. BANK, N.A.,

       Plaintiff,                      No.CIV S-04-2458 DFL KJM PS

  vs.

GREG POPPIN, et al.,                <u>ORDER</u>

       Defendants.
_____/

       On July 6, 2005, plaintiff requested entry of default against defendants Heineman and Johnson. These defendants have filed a motion to dismiss, which is still pending. Although findings and recommendations regarding the motion to dismiss were filed May 17, 2005, no final order by the district judge has yet issued. Under Federal Rule Civil Procedure 12(a)(4)(A), no responsive pleading is due until after resolution of the motion to dismiss. Plaintiff's request for entry of default accordingly is premature and is hereby DENIED.

DATED: July 19, 2005.

                                            UNITED STATES MAGISTRATE JUDGE

6 usbank.def

1