IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

U.S. BANK, N.A.,

      Plaintiff,                               No. CIV S-04-2458 DFL KJM PS

      vs.

GREG POPPIN, et al.,

      Defendants.               ORDER

_____/

        Plaintiff filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On May 17, 2005, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within twenty days.  No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

/////

1

1. The findings and recommendations filed May 17, 2005, are adopted in full; and

2. Defendants' motion to strike and/or dismiss is denied.

DATED: 8/22/2005

_____
DAVID F. LEVI
United States District Judge

usbank2458.801