IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

U.S. BANK, N.A.,

    Plaintiff,                        No. CIV S-04-2458 DFL KJM PS

    vs.

GREG POPPIN, et al.,

    Defendants.                  <u>ORDER</u>

/

        Plaintiff filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On December 5, 2005, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. Objections to the findings and recommendations have been filed. In addition, defendant Gregory Nicholas Poppin filed a motion to stay the proceedings.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 5, 2005, are adopted in full;

2. Plaintiff's motion for entry of default judgment is granted;

3. Defendant Poppin's motion to stay the proceedings is denied;

4. The court approves the proposed judgment filed by plaintiff on November 30, 2005; and,

5. Judgment shall enter.

DATED: 2/8/2006

_____
DAVID F. LEVI
United States District Judge