ERIC D. HOUSER, #130079
JEFFREY S. ALLISON #173620
HOUSER & ALLISON
A Professional Corporation
Jeffrey Corporate Center
5420 Trabuco Road, Suite 100
Irvine, CA 92620
(949) 679-1111

Attorneys for U.S. BANK, N.A., AS TRUSTEE FOR THE
REGISTERED HOLDERS OF HOME EQUITY ASSET TRUST 2004-1, HOME
EQUITY PASS-THROUGH CERTIFICATES, SERIES 2004-1, and OCWEN
LOAN SERVICING, LLC, successor to OCWEN FEDERAL BANK FSB as
attorney-in-fact

**FILED**

FEB - 8 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF HOME EQUITY ASSET TRUST 2004-1, HOME EQUITY PASS-THROUGH CERTIFICATES, SERIES 2004-1,<br><br>Plaintiff,<br><br>vs.<br><br>GREG POPPIN, an individual and as trustee and/or beneficiary of The Madrone Trust; D. SCOTT HEINEMAN, individually and as trustee of The Madrone Trust; KURT F. JOHNSON, trustee of The Madrone Trust; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., believed to be a California corporation; FIDELITY NATIONAL TITLE INSURANCE COMPANY, a California corporation;<br><br>Defendants. | Case No. CIV. S-04-2458 DFL KJM<br><br>**JUDGMENT FOR CANCELLATION AND EXPUNGEMENT OF INSTRUMENTS FROM THE RECORD, AND FOR PERMANENT INJUNCTION AGAINST DEFENDANTS GREG POPPIN, D. SCOTT HEINEMAN, AND KURT F. JOHNSON** |

PROPOSED] JUDGMENT FOR CANCELLATION AND EXPUNGEMENT OF INSTRUMENTS FROM THE RECORD,
AND FOR PERMANENT INJUNCTION AGAINST DEFENDANTS

1

1   The Court, having entered the default of Defendant GREG POPPIN on June
2   2, 2005, and the defaults of Defendants D. SCOTT HEINEMAN and KURT F.
3   JOHNSON on September 27, 2005, and having received and considered Plaintiff's
4   Application for Default Judgment against Defendants GREG POPPIN, D. SCOTT
5   HEINEMAN, and KURT F. JOHNSON and all matters submitted in connection
6   therewith including matters of record herein and of which judicial notice may be
7   taken, and good cause appearing therefore;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment is entered in favor of Plaintiff and against Defendants, GREG POPPIN, D. SCOTT HEINEMAN, and KURT F. JOHNSON ("Defendants") jointly and severally for relief as requested in the First Amended Complaint herein, as follows:

1.   This Judgment concerns Plaintiff's Note secured by Deed of Trust executed and delivered by Defendant GREG POPPIN against the real property commonly known as 1738 Hidden Valley Road, Grass Valley, California 95949, and legally described as:

> THE LAND DESCRIBED HEREIN IS SITUATED IN
> THE STATE OF CALIFORNIA, COUNTY OF
> NEVADA, UNINCORPORATED AREA, AND IS
> DESCRIBED AS FOLLOWS:
>
> A PORTION OF THE SOUTHWEST ONE-QUARTER
> OF SECTION 4, AND A PORTION OF THE
> NORTHWEST QUARTER OF SECTION 9,
> TOWNSHIP 15 NORTH, RANGE 8 EAST,
> M.D.B.&M., BEING MORE PARTICULARLY
> DESCRIBED AS FOLLOWS, TO-WIT:

BEGINNING AT A POINT FROM WHICH THE NORTHWEST CORNER OF THE SAID SECTION 9, IDENTICAL WITH THE SOUTHWEST CORNER OF THE SAID SECTION 4, TOWNSHIP AND RANGE AFORESAID, BEARS NORTH 44 DEGREES, 16 MINUTES, 06 SECONDS WEST 1586.08 FEET DISTANT; THENCE FROM SAID POINT OF COMMENCEMENT WITH TRUE BEARINGS, NORTH 7 DEGREES, 03 MINUTES, 48 SECONDS EAST 1222.80 FEET TO A POINT IN THE CENTERLINE OF A PRIVATE ROAD SIXTY FEET IN WIDTH; THENCE ALONG THE CENTERLINE THEREOF, THE FOLLOWING SUCCESSIVE COURSES AND DISTANCES, TO WIT; SOUTH 46 DEGREES, 15 MINUTES EAST 243.87 FEET, SOUTH 64 DEGREES, 28 MINUTES EAST 73.50 FEET, SOUTH 73 DEGREES, 16 MINUTES EAST 413.97 FEET, SOUTH 47 DEGREES, 56 MINUTES EAST 169.08 FEET, SOUTH 57 DEGREES, 54 MINUTES EAST 124.76 FEET; THENCE LEAVING SAID CENTERLINE AND RUNNING SOUTH 655.47 FEET; THENCE SOUTH 84 DEGREES, 58 MINUTES WEST 388.79 FEET; THENCE NORTH 5 DEGREES, 02 MINUTES EAST 104.36 FEET; THENCE SOUGH 89 DEGREES, 05 MINUTES, 13 SECONDS WEST 425.45 FEET TO THE PLACE OF BEGINNING.

EXCEPTING THEREFROM ALL MINERALS, METAL MATTER AND ORES LYING AND BEING MORE THAN 100 FEET BELOW THE SURFACE OF THE ABOVE DESCRIBED PREMISES, TOGETHER WITH THE RIGHT TO MINE AND EXTRACT THE SAME WITHOUT DISTURBING THE SURFACE OF THE ABOVE DESCRIBED PREMISES, AS RESERVED IN THE DEEDS, ONE DATED OCTOBER 3, 1951, RECORDED OCTOBER 22, 1951, IN BOOK 168 OF OFFICIAL RECORDS, AT PAGE 103, EXECUTED BY TITLE INSURANCE AND GUARANTY COMPANY, A CORPORATION, TO C. ROY SMITH AND HELEN JOY SMITH, HUSBAND

[PROPOSED] JUDGMENT FOR CANCELLATION AND EXPUNGEMENT OF INSTRUMENTS FROM THE RECORD, AND FOR PERMANENT INJUNCTION AGAINST DEFENDANTS

F:\CIVIL\OCWEN\Poppin(16704)\PldPROPORD2.doc
3

AND WIFE AND THE OTHER DATED OCTOBER 3, 1951, RECORDED OCTOBER 22, 1951, IN BOOK 168 OF OFFICIAL RECORDS, PAGE 104, EXECUTED BY IDAHO MARYLAND MINES CORPORATION, A NEVADA CORPORATION, TO C. ROY SMITH AND HELEN JOY SMITH, HIS WIFE.

(the "real property"). The Deed of Trust was recorded in Nevada County Recorder's Office on September 24, 2003 as Instrument No. 2003-0051130-00.

2. The Substitution of Trustee executed and recorded by Defendants in the Official Records of Nevada County, California on July 8, 2004 as Instrument No. 2004-0028281-00, and the Full Reconveyance executed and recorded by Defendants in the Official Records of Nevada County, California on July 8, 2004 as Instrument No. 2004-0028282-00, are each hereby cancelled and rendered void *nunc pro tunc* July 8, 2004 and are hereby expunged from the Official Records. This Judgment shall be recorded so as to fully restore Plaintiff's lien priority and status as of July 8, 2004, pursuant to its Deed of Trust recorded in the Official Records of Nevada County, California on September 24, 2003, as Instrument No. 2003-0051130-00. All Defendants and their successors, transferees, and assigns hold title, lien, or other interest in and to the real property, if at all, subject to Plaintiff's Deed of Trust.

3. Accordingly, Plaintiff may proceed with foreclosure as may be appropriate. In addition or in the alternative should Plaintiff so elect, Plaintiff is awarded damages jointly and severally against Defendants D. SCOTT

HEINEMAN, GREG POPPIN, and/or KURT F. JOHNSON in the principal sum of $387,260.00 to date, plus interest thereafter at the contractual rate, plus reasonable attorneys' fees and costs in the amount of $16,195.32 all pursuant to the Note and Deed of Trust, plus post-judgment interest at the applicable rate.

4. Defendants, GREG POPPIN, D. SCOTT HEINEMAN, and KURT F. JOHNSON, and each of them, and their agents, servants, employees, successors, assigns and all persons acting under, in concert with, or for any of them, are hereby permanently enjoined and restrained from further making, sending, executing, or recording false instruments purporting to substitute or act as a trustee, beneficiary, agent, attorney-in-fact, or other party-in-interest with respect to Plaintiff's secured loan and lien interest, or to substitute, reconvey, transfer, assign, foreclose upon or otherwise dispose of any interest in the Plaintiff's secured loan and lien interest.

**JUDGMENT IS SO ENTERED. THIS JUDGMENT SHALL BE RECORDED IN THE OFFICIAL RECORDS.**

DATED: 2/8/2006                 _____
                                UNITED STATES DISTRICT
                                ~~MAGISTRATE~~/JUDGE

---

PROPOSED] JUDGMENT FOR CANCELLATION AND EXPUNGEMENT OF INSTRUMENTS FROM THE RECORD, AND FOR PERMANENT INJUNCTION AGAINST DEFENDANTS

5

## PROOF OF SERVICE

STATE OF CALIFORNIA)
) SS
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 5420 Trabuco Road, Suite 100, Irvine, CA 92620.

On November 30, 2005, I served the following document(s) described as follows:

**PROPOSED] JUDGMENT FOR CANCELLATION AND EXPUNGEMENT OF INSTRUMENTS FROM THE RECORD, AND FOR PERMANENT INJUNCTION AGAINST DEFENDANTS GREG POPPIN, D. SCOTT HEINEMAN, AND KURT F. JOHNSON**

On the following interested parties in this action:

D. Scott Heineman, Trustee
32108 Alvarado Boulevard, #381
Union City, CA 94587

Kurt F. Johnson, Trustee
32108 Alvarado Boulevard, #381
Union City, CA 94587

Greg Poppin
P.O. Box 473
Grass Valley, CA 94945

[XX] VIA MAIL -- CCP §§ 1013(a); 2015.5: By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the date following ordinary business practices. I am readily familiar with my firm's business practice and collection and processing of mail with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Irvine, California, with postage thereon fully prepaid that same day in the ordinary course of business. I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

Executed on November 30, 2005 at Irvine, California.

/s/Sherie L. Cleere'

PROPOSED] JUDGMENT FOR CANCELLATION AND EXPUNGEMENT OF INSTRUMENTS FROM THE RECORD, AND FOR PERMANENT INJUNCTION AGAINST DEFENDANTS

6